# United States District Court
# For The Western District of North Carolina
# Asheville Division

MATTHEW OLIVER ALFORD,

       Petitioner,

vs.

THEODIS BECK, Secretary of
the N.C. Department of Cor-
rections; et al.,

       Respondents.

JUDGMENT IN A CIVIL CASE

1:06cv95-MU-02

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 3, 2005 Order.

April 3, 2006

FRANK G. JOHNS, CLERK

BY: *s/Elizabeth J. Barton*

Elizabeth Barton, Deputy Clerk